IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RE

FELIX VEGA GOMEZ

DEBTOR

CASE NO. 10-08651

CHAPTER 13

## MOTION REQUESTING EXTENSION OF TIME
## TO SUBMIT CERTIFICATION CONCERNING DEBT COUNSELING
## BY INDIVIDUAL / JOINT DEBTOR

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel an respectfully ALLEGE and PRAY
as follows:

1. According sect 109(h) of the 2005 Bankruptcy Court, there is a requirement, to file a Certification concerning Debt Counseling by Individual/Joint Debtor.

2. That debtor has an emergency situation regarding arrears with his child support obligations. Its necessary to inform this Honorable Court that debtor requested credit counseling from the Credit Counseling Agency but was unable to obtain the certificate prior to the filing of the bankruptcy case.

3. It's requested to this Honorable Court an extension of 30 days to file or submit Certification concerning Debt Counseling by Individual/Joint Debtor.

WHEREFORE, it is respectfully requested of this Honorable Court to grant the foregoing motion.

IN SAN JUAN, PUERTO RICO, this 18TH day of Septembe of 2010.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has beensent to Mrs. Monsita Lecaroz Arribas to her address of record and to all creditors listed at the attached Master Address List.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.