Certificate Number: 02114-PR-CC-012378333



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>09/18/10</u>, at <u>11:39</u> o'clock <u>AM EST</u>, <u>FELIX VEGA</u> received from <u>CredAbility,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>DISTRICT OF PUERTO RICO</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted <u>  by Internet </u>.

Date:  <u>09-18-2010</u>            By       <u>/s/ANGIE LEGAKIS</u>

                                        Name    <u>ANGIE LEGAKIS</u>

                                        Title    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1