IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> FELIX VEGA GOMEZ <br><br><br><br><br><br> XXX-XX-8942 <br><br><br><br><br> **Debtor(s)** | CASE NO. 10-08651 BKT <br><br> Chapter 13 <br><br><br><br><br><br> FILED & ENTERED ON 09/21/2010 |

### ORDER

The debtor shall show cause within 14 days as to why the case should not be dismissed for failure to comply with credit counseling requirements under 11 USC 109 (h). The Debtor shall address the discrepancy between Exhibit D of Docket number 1 and the motion in docket number 5.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of September, 2010.

*/s/ Brian K. Tester*
Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS RIVERA
F/UP